FILED'07 FEB 06 17:04 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

TERESA F. PADGETT,
       Plaintiff,

CV 06 - 0423 - KI

v.

ORDER

JO ANNE B. BARNHART,
Commissioner of Social Security,
       Defendant.

---

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $5,084.00 and costs in the amount of $0, for a total of $5,084.00 are awarded and shall to be paid directly to Plaintiff's Attorney, Richard F. McGinty, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

DATED this 6th day of February 2007.

_____
UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff